CB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

MUSTAF ABDULLAHI FARAH
a/k/a "Mohamed Ahmed,"

Case No. 25-mj-609 DTS

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about September 12, 2025, in Ramsey County, in the State and District of Minnesota, the defendant knowingly and intentionally possessed with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide (commonly called "fentanyl"), and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, both controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

### Count 2

On or about September 12, 2025, in Ramsey County, in the State and District of Minnesota, the defendant did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with the intent to distribute controlled substances,; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

I further state that I am a Task Force Officer of the Department of Homeland Security, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Mitchell Rhiel
HSI Task Force Officer

*Printed name and title*

Date: 9-15-2025

*Judge's Signature*

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge

*Printed Name and Title*