```
          UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
           CRIMINAL NO. 25-385(DSD/DTS)
```

United States of America,

        Plaintiff,

v.                              **ORDER**

Mustaf Abdullah Farah,

        Defendant.

This matter is before the court upon defendant's motion to reconsider the court's denial of his objection to the September 25, 2025, order of Magistrate Judge Jon T. Huseby granting the government's motion for pretrial detention. Defendant argues that the court applied the incorrect standard of review to the objection and that it should have reviewed the matter de novo. Even under a de novo review, however, the court would have come to the same conclusion that pretrial detention is warranted in this case.

Accordingly, **IT IS HEREBY ORDERED** that the motion to reconsider [ECF No. 17] is denied.

Dated: October 29, 2025

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court