UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-385 (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) **GOVERNMENT'S MOTION** ) **TO DISMISS** |
| MUSTAF ABDULLAHI FARAH, a/k/a "Mohamed Ahmed" | ) ) ) ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Carla J. Baumel, Assistant United States Attorney, hereby requests in the interests of justice that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 23, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Carla J. Baumel*

BY: Carla J. Baumel
Assistant United States Attorney