UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 25-385 (DSD/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     **ORDER TO DISMISS**

MUSTAF ABDULLAHI FARAH,
a/k/a "Mohamed Ahmed"

        Defendant.


IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal [ECF No. 37] is granted and the Indictment in this matter is dismissed without prejudice.


Dated: January 26, 2026

                s/David S. Doty
                David S. Doty, Judge
                United States District Court